Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: CARDOZO, J.

EDWARD BURBACH, Appellant, *v.* MARY SINRAM et al., Respondents.

*Contract — lease — option to purchase — specific performance — action to compel specific performance of option contained in lease.*

*Burbach* v. *Sinram,* 206 App. Div. 773, affirmed.

(Submitted January 17, 1924; decided February 26, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1923, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. This action was brought to enforce specific performance of a covenant of option contained in a lease reading as follows: " It is further covenanted and agreed that any time during the term of the lease or the renewal thereof, the party of the second part shall have the first option to purchase the said premises at the price of Sixteen Thousand ($16,000.00) Dollars and the parties of the first part will not sell or convey said premises without first giving the party of the second part at least sixty days written notice of their intention to sell or convey in order that he may exercise the said option to purchase the same." The plaintiff contended that he possessed an absolute option to purchase the premises at any time during the term of the lease or the renewal thereof at the agreed price of $16,000. On the other hand, the defendants contended that to get the true intention of the parties at the time of the execution of the option clause, one must read in the words " parties of the first part desire to sell."

*Morrell Schwimer* for appellant.

*Frederick W. Ritter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Margaret Smith, Respondent, v. E. W. Foley Contracting Corporation, Appellant.

*·Negligence — highways — excavation in highway — inadequate warning ·lights.*

*Smith* v. *Foley Contracting Corpn.*, 206 App. Div. 787, affirmed.

(Argued January 18, 1924; decided February 26, 1924.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1923, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Defendant, in constructing a feeder from the Hinckley reservoir to the Barge canal, pursuant to a contract with the state of New York, was required to make an excavation about thirty feet deep and sixty feet wide across the state highway leading from Utica to Barneveld village, to place therein a culvert construction to carry the water. Defendant constructed a temporary bridge and detour for traffic aross the feeder, immediately adjoining the excavation through the macadam. On June 3, 1917, about nine-thirty P. M., plaintiff was riding toward Utica in an automobile operated by her husband, when the automobile ran through the barriers maintained by defendant across the macadam about forty feet northerly of this excavation and ran forward and into the excavation, the automobile falling some fifteen feet, bottom up, injuring plaintiff. The only ground of alleged negligence finally submitted to the jury was whether defendant used reasonable care in putting out and maintaining adequate warning lights to warn travelers of the existence of the excavation.

*Charles B. Sullivan* and *Nelson R. Pirnie* for appellant.

*Edward L. O'Donnell* and *Howard D. Bailey* for respondent.